## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ZS PHARMA, INC. and ASTRAZENECA PHARMACEUTICALS LP, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. _____ |
| v. | ) ) ) | |
| ASCENT PHARMACEUTICALS INC. AND HETERO DRUGS LTD., | ) ) ) | |
| Defendants. | ) ) ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs ZS Pharma, Inc. and AstraZeneca Pharmaceuticals LP, collectively, "AstraZeneca" or "Plaintiffs", bring this action for patent infringement against Ascent Pharmaceuticals Inc. ("Ascent") and Hetero Drugs Ltd. ("Hetero"), collectively, "Defendants".

## NATURE OF THE ACTION

1.     This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and in particular under 35 U.S.C. § 271.  This action relates to Abbreviated New Drug Application ("ANDA") No. 217578, filed by and for the benefit of Defendants with the United States Food and Drug Administration ("FDA").  Through ANDA No. 217578, Defendants seek approval to market generic versions of LOKELMA® (sodium zirconium cyclosilicate) for oral suspension 5 g per packet and 10 g per packet (the "Proposed ANDA Product"), prior to the expiration of U.S. Patent Nos. 8,802,152 ("the '152 Patent"), 8,808,750 ("the '750 Patent"), 8,877,255 ("the '255 Patent"), 9,592,253 ("the '253 Patent"), 9,844,567 ("the '567 Patent"), 9,861,658 ("the '658 Patent"), 9,913,860 ("the '860 Patent"), 10,300,087 ("the '087

1

Patent"), 10,335,432 ("the '432 Patent"), 10,398,730 ("the '730 Patent"), 10,413,569 ("the '569 Patent"), and 10,695,365 ("the '365 Patent") (collectively, "the Patents-in-Suit").

## THE PARTIES

2.    Plaintiff ZS Pharma, Inc. is a corporation organized and existing under the laws of Delaware, having a principal place of business in Wilmington, Delaware.

3.    Plaintiff AstraZeneca Pharmaceuticals LP is a limited partnership organized and existing under the laws of Delaware, having a principal place of business in Wilmington, Delaware.

4.    On information and belief, Defendant Ascent is a corporation organized and existing under the laws of the State of New York, having a principal place of business at 400 South Technology Drive, Central Islip, New York.

5.    On information and belief, Defendant Hetero is a corporation organized and existing under the laws of the Republic of India, having a principal place of business at 7-2-A2, Hetero Corporate Industrial Estates, Sanath Nagar, Hyderabad – 500 018, Telangana, India.

6.    On information and belief, Defendants collaborate with respect to the development, regulatory approval, marketing, sale, and/or distribution of pharmaceutical products.  On further information and belief, Defendants are agents of each other and/or operate in concert as integrated parts of the same business group.

7.    On information and belief, Defendants acted in concert to develop the Proposed ANDA Product that is the subject of ANDA No. 217578 and to seek regulatory approval from the FDA to market and sell the Proposed ANDA Product throughout the United States, including within this District.

2

8.      Defendants' ANDA No. 217578 seeks approval to commercially manufacture, use, offer for sale, sell, and/or import a generic version of AstraZeneca's LOKELMA® (sodium zirconium cyclosilicate) for oral suspension 5 g per packet and 10 g per packet prior to the expiration of the Patents-in-Suit.

9.      On information and belief, Defendants' ANDA No. 217578 references a Drug Master File for sodium zirconium cyclosilicate held by Hetero Drugs Ltd.

10.      On information and belief, Defendants intend to act collaboratively to obtain approval for Defendants' ANDA No. 217578, and, in the event the FDA approves that ANDA, to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product.

## JURISDICTION AND VENUE

11.      This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code, arising out of the submission of Defendants' ANDA No. 217578 to the FDA.

12.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), and 35 U.S.C. § 1 et seq.

13.      This Court has personal jurisdiction over Defendants because, inter alia, they have maintained continuous and systematic contacts with this District and availed themselves of the privilege of doing business in this District.  On information and belief, Defendants: (1) acted in concert to file ANDA No. 217578 seeking approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product in the United States, including in this District; (2) regularly and continuously transacted business within this District, including by selling pharmaceutical products in this District either on their own or through their affiliates; and

3

(3) derived substantial revenue from the sale of those products in this District. Alternatively, this Court has personal jurisdiction over Hetero pursuant to Federal Rule of Civil Procedure 4(k)(2).

14.    On information and belief, if ANDA No. 217578 is approved, the Proposed ANDA Product accused of infringing the Patents-in-Suit will be marketed, distributed, offered for sale, and/or sold in this District, prescribed by physicians practicing in this District, dispensed by pharmacies located within this District, and/or used by patients in this District, all of which would have a substantial effect on this District.

15.    This Court also has personal jurisdiction over Defendants because they have affirmatively availed themselves of the jurisdiction of this Court through the assertion of counterclaims in suits brought in this District and/or by being sued in this District without challenging personal jurisdiction. *See, e.g., Vifor Pharma, Inc. et al. v. Alkem Laboratories Ltd. et al.*, 20-106 (D. Del.); *Anacor Pharmaceuticals, Inc. v. Ascent Pharmaceuticals, Inc., et al.*, 18-1673 (D. Del.); *Duchesnay Inc. et al. v. Hetero Labs Limited*, 21-1130 (D. Del.); *Otsuka Pharmaceutical Co., Ltd. et al. v. Hetero Labs, Ltd.*, 20-cv-1531 (D. Del.).

16.    This Court also has personal jurisdiction over Ascent at least because Ascent has confirmed that it will not contest personal jurisdiction in this District for purposes of litigation involving ANDA No. 217578.

17.    For the reasons set forth above, and for additional reasons which will be supplied if Defendants challenge personal jurisdiction in this action, Defendants are subject to personal jurisdiction in this District.

18.    Venue is proper in this District for Ascent at least because Ascent has confirmed that it will not contest venue in this District for purposes of litigation involving ANDA No. 217578.

4

19.    Venue is proper in this District for Hetero pursuant to 28 U.S.C. § 1391(c) because, *inter alia*, Hetero is a corporation organized and existing under the laws of the Republic of India and is subject to personal jurisdiction in this District.

## THE PATENTS-IN-SUIT

20.    The Patents-in-Suit are assigned to ZS Pharma, Inc.

21.    The '152 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on August 12, 2014.  A copy of the '152 Patent is attached as Exhibit A.

22.    The '750 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on August 19, 2014.  A copy of the '750 Patent is attached as Exhibit B.

23.    The '255 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on November 4, 2014.  A copy of the '255 Patent is attached as Exhibit C.

24.    The '253 Patent, entitled "Extended Use Zirconium Silicate Compositions and Methods of Use Thereof," was duly and legally issued on March 14, 2017.  A copy of the '253 Patent is attached as Exhibit D.

25.    The '567 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on December 19, 2017.  A copy of the '567 Patent is attached as Exhibit E.

26.    The '658 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on January 9, 2018.  A copy of the '658 Patent is attached as Exhibit F.

27.    The '860 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on March 13, 2018.  A copy of the '860 Patent is attached as Exhibit G.

28.    The '087 Patent, entitled "Extended Use Zirconium Silicate Compositions and Methods of Use Thereof," was duly and legally issued on May 28, 2019.  A copy of the '087 Patent is attached as Exhibit H.

29.    The '432 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on July 2, 2019.  A copy of the '432 Patent is attached as Exhibit I.

30.    The '730 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on September 3, 2019.  A copy of the '730 Patent is attached as Exhibit J.

31.    The '569 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on September 17, 2019.  A copy of the '569 Patent is attached as Exhibit K.

32.    The '365 Patent, entitled "Microporous Zirconium Silicate for the Treatment of Hyperkalemia," was duly and legally issued on June 30, 2020.  A copy of the '365 Patent is attached as Exhibit L.

## FACTUAL BACKGROUND

### LOKELMA® (sodium zirconium cyclosilicate)

33.    LOKELMA® (sodium zirconium cyclosilicate) is a drug used to treat hyperkalemia. Marked elevations in serum potassium can cause fatal heart arrhythmias and abnormalities in conduction (progression of electrical impulses through the heart) and muscle weakness and

paralysis. LOKELMA® (sodium zirconium cyclosilicate) is a non-absorbed zirconium silicate that preferentially captures potassium in exchange for hydrogen and sodium, thereby lowering serum potassium levels.

34.    AstraZeneca is the holder of approved New Drug Application ("NDA") No. 207078 for LOKELMA® (sodium zirconium cyclosilicate) for oral suspension 5 g per packet and 10 g per packet. Pursuant to NDA No. 207078, AstraZeneca markets and distributes LOKELMA® (sodium zirconium cyclosilicate) for oral suspension 5 g per packet and 10 g per packet in the United States.

35.    LOKELMA® (sodium zirconium cyclosilicate) for oral suspension 5 g per packet and 10 g per packet, the active pharmaceutical ingredient sodium zirconium cyclosilicate, the method of manufacture, and/or their use are covered by one or more claims of the Patents-in-Suit. The Patents-in-Suit have been listed for NDA No. 207078 in the FDA publication *Approved Drug Products with Therapeutic Equivalence Evaluations*, which is also known as the "Orange Book."

### Defendants' ANDA No. 217578

36.    In a letter dated July 18, 2022 (the "Notice Letter"), Defendants stated that they had submitted ANDA No. 217578 to the FDA seeking approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product prior to the expiration of the Patents-in-Suit. The Notice Letter further stated that ANDA No. 217578 contained a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) (a "Paragraph IV Certification") that the Patents-in-Suit are invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, offer for sale, sale, and/or importation of the Proposed ANDA Product.

37.    Defendants were aware of the Patents-in-Suit when they submitted ANDA No. 217578 with a Paragraph IV Certification.

7

38.     On information and belief, sodium zirconium cyclosilicate is the active ingredient in the Proposed ANDA Product.

39.     On information and belief, the Proposed ANDA Product exhibits sodium zirconium cyclosilicate as patented by the Asserted Patents.

40.     On information and belief, ANDA No. 217578 refers to and relies upon the NDA for LOKELMA® (sodium zirconium cyclosilicate) for oral suspension 5 g per packet and 10 g per packet and contains data that, according to Defendants, demonstrate the bioequivalence of the Proposed ANDA Product and LOKELMA® (sodium zirconium cyclosilicate) for oral suspension 5 g per packet and 10 g per packet.  *See* 21 U.S.C. § 355(j)(2); 21 C.F.R. § 314.94(a)(7).

41.     On information and belief, Defendants intend to have healthcare providers use their Proposed ANDA Product, if approved, as set forth in the Proposed ANDA Product label.  On information and belief, Defendants' Proposed ANDA Product label will instruct healthcare providers to prescribe the Proposed ANDA Product in the manner set forth in the label.

42.     On information and belief, the FDA has not yet approved ANDA No. 217578.

43.     Plaintiffs commenced this action within 45 days of receipt of the Notice Letter.

**COUNT I: INFRINGEMENT OF U.S. PATENT NO. 8,802,152**

44.     Plaintiffs hereby reallege and incorporate the allegations of paragraphs 1 – 43 of this Complaint.

45.     On information and belief, the Proposed ANDA Product infringes one or more claims of the '152 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium cyclosilicate as covered by one or more of the claims of the '152 Patent.

46.    Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '152 Patent constitutes infringement of the '152 Patent under 35 U.S.C. § 271(e)(2).

47.    On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

48.    On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '152 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

49.    On information and belief, Defendants had knowledge of the '152 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '152 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '152 Patent.

50.    In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '152 Patent.

51.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

ME1 42018715v.1

## COUNT II: INFRINGEMENT OF U.S. PATENT NO. 8,808,750

52.    Plaintiffs hereby reallege and incorporate the allegations of paragraphs 1 – 51 of this Complaint.

53.    On information and belief, the Proposed ANDA Product infringes one or more claims of the '750 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '750 Patent.

54.    Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '750 Patent constitutes infringement of the '750 Patent under 35 U.S.C. § 271(e)(2).

55.    On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

56.    On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '750 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

57.    On information and belief, Defendants had knowledge of the '750 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '750 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '750 Patent.

ME1 42018715v.1

58.     In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '750 Patent.

59.     Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

## COUNT III: INFRINGEMENT OF U.S. PATENT NO. 8,877,255

60.     Plaintiffs hereby reallege and incorporate the allegations of paragraphs 1 – 59 of this Complaint.

61.     On information and belief, the Proposed ANDA Product infringes one or more claims of the '255 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '255 Patent.

62.     Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '255 Patent constitutes infringement of the '255 Patent under 35 U.S.C. § 271(e)(2).

63.     On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

64.     On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '255 Patent by making, using, offering to sell, selling, and/or importing the

11

Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

65.     On information and belief, Defendants had knowledge of the '255 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '255 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '255 Patent.

66.     In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '255 Patent.

67.     Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

## COUNT IV: INFRINGEMENT OF U.S. PATENT NO. 9,592,253

68.     Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 67 of this Complaint.

69.     On information and belief, the Proposed ANDA Product infringes one or more claims of the '253 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '253 Patent.

70.     Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '253 Patent constitutes infringement of the '253 Patent under 35 U.S.C. § 271(e)(2).

12

71.    On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

72.    On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '253 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

73.    On information and belief, Defendants had knowledge of the '253 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '253 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '253 Patent.

74.    To date, Plaintiffs have not received sufficient information, materials, and things from Defendants to enable Plaintiffs to meaningfully evaluate the bases for Defendants' assertion of non-infringement of the '253 Patent.

75.    In the absence of the ability to meaningfully evaluate information related to Defendant's ANDA No. 217578, Plaintiffs resort to the judicial process and the aid of discovery to obtain under appropriate judicial safeguards such information as is required to confirm their belief and to present to the Court evidence that Defendants infringe one or more claims of the '253 Patent.

76.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

## COUNT V: INFRINGEMENT OF U.S. PATENT NO. 9,844,567

77.     Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 76 of this Complaint.

78.     On information and belief, the Proposed ANDA Product infringes one or more claims of the '567 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '567 Patent.

79.     Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '567 Patent constitutes infringement of the '567 Patent under 35 U.S.C. § 271(e)(2).

80.     On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

81.     On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '567 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

82.     On information and belief, Defendants had knowledge of the '567 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '567 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '567 Patent.

14

83.     In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '567 Patent.

84.     Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court. Plaintiffs have no adequate remedy at law.

## COUNT VI: INFRINGEMENT OF U.S. PATENT NO. 9,861,658

85.     Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 84 of this Complaint.

86.     On information and belief, the Proposed ANDA Product infringes one or more claims of the '658 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '658 Patent.

87.     Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '658 Patent constitutes infringement of the '658 Patent under 35 U.S.C. § 271(e)(2).

88.     On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

89.     On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '658 Patent by making, using, offering to sell, selling, and/or importing the

15

Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

90.    On information and belief, Defendants had knowledge of the '658 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '658 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '658 Patent.

91.    In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '658 Patent.

92.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

## COUNT VII: INFRINGEMENT OF U.S. PATENT NO. 9,913,860

93.    Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 92 of this Complaint.

94.    On information and belief, the Proposed ANDA Product infringes one or more claims of the '860 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '860 Patent.

95.    Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '860 Patent constitutes infringement of the '860 Patent under 35 U.S.C. § 271(e)(2).

ME1 42018715v.1

96.     On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

97.     On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '860 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

98.     On information and belief, Defendants had knowledge of the '860 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '860 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '860 Patent.

99.     In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '860 Patent.

100.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

## COUNT VIII: INFRINGEMENT OF U.S. PATENT NO. 10,300,087

101.    Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 100 of this Complaint.

102.    On information and belief, the Proposed ANDA Product infringes one or more claims of the '087 Patent, either literally or under the doctrine of equivalents, by the use and/or

17

presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '087 Patent.

103.    Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '087 Patent constitutes infringement of the '087 Patent under 35 U.S.C. § 271(e)(2).

104.    On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

105.    On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '087 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

106.    On information and belief, Defendants had knowledge of the '087 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '087 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '087 Patent.

107.    In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '087 Patent.

108.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

ME1 42018715v.1

## COUNT IX: INFRINGEMENT OF U.S. PATENT NO. 10,335,432

109.    Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 108 of this Complaint.

110.    On information and belief, the Proposed ANDA Product infringes one or more claims of the '432 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '432 Patent.

111.    Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '432 Patent constitutes infringement of the '432 Patent under 35 U.S.C. § 271(e)(2).

112.    On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

113.    On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '432 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

114.    On information and belief, Defendants had knowledge of the '432 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '432 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '432 Patent.

115.    In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '432 Patent.

116.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

## COUNT X: INFRINGEMENT OF U.S. PATENT NO. 10,398,730

117.    Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 116 of this Complaint.

118.    On information and belief, the Proposed ANDA Product infringes one or more claims of the '730 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '730 Patent.

119.    Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '730 Patent constitutes infringement of the '730 Patent under 35 U.S.C. § 271(e)(2).

120.    On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

121.    On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '730 Patent by making, using, offering to sell, selling, and/or importing the

Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

122.    On information and belief, Defendants had knowledge of the '730 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '730 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '730 Patent.

123.    In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '730 Patent.

124.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

**COUNT XI: INFRINGEMENT OF U.S. PATENT NO. 10,413,569**

125.    Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 124 of this Complaint.

126.    On information and belief, the Proposed ANDA Product infringes one or more claims of the '569 Patent, either literally or under the doctrine of equivalents, by the use and/or presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '569 Patent.

127.    Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '569 Patent constitutes infringement of the '569 Patent under 35 U.S.C. § 271(e)(2).

128.    On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

129.    On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '569 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

130.    On information and belief, Defendants had knowledge of the '569 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '569 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '569 Patent.

131.    In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '569 Patent.

132.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

## COUNT XII: INFRINGEMENT OF U.S. PATENT NO. 10,695,365

133.    Plaintiffs hereby reallege and incorporate by reference the allegations of paragraphs 1 – 132 of this Complaint.

134.    On information and belief, the Proposed ANDA Product infringes one or more claims of the '365 Patent, either literally or under the doctrine of equivalents, by the use and/or

ME1 42018715v.1

presence in the Proposed ANDA Product of a sodium zirconium silicate as covered by one or more of the claims of the '365 Patent.

135.    Defendants' submission of ANDA No. 217578 to the FDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product before the expiration of the '365 Patent constitutes infringement of the '365 Patent under 35 U.S.C. § 271(e)(2).

136.    On information and belief, Defendants plan to, intend to, and will commercially manufacture, use, offer for sale, sell, and/or import the Proposed ANDA Product immediately upon approval of ANDA No. 217578 and will instruct healthcare providers to use the Proposed ANDA Product in accordance with the proposed product labeling.

137.    On information and belief, upon FDA approval of ANDA No. 217578, Defendants will infringe the '365 Patent by making, using, offering to sell, selling, and/or importing the Proposed ANDA Product in the United States, and by actively inducing and/or contributing to infringement by others under 35 U.S.C. § 271(b) and/or (c).

138.    On information and belief, Defendants had knowledge of the '365 Patent when they submitted ANDA No. 217578 to the FDA, Defendants knew or should have known that they will induce or contribute to another's direct infringement of the '365 Patent, and Defendants acted with the specific intent to induce or contribute to another's direct infringement of the '365 Patent.

139.    In the Notice Letter, Defendants do not dispute that the Proposed ANDA Product infringes one or more claims of the '365 Patent.

140.    Plaintiffs will be substantially and irreparably harmed by the infringing activities described above unless those activities are enjoined by this Court.  Plaintiffs have no adequate remedy at law.

23

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully request that this Court grant the following relief:

a)      Judgment that Defendants' submission of ANDA No. 217578 to the FDA was an act of infringement of one or more claims of the '152, '750, '255, '253, '567, '658, '860, '087, '432, '730, '569, and '365 Patents under 35 U.S.C. § 271(e)(2);

b)      Judgment that Defendants' making, using, offering to sell, selling, or importing into the United States of the Proposed ANDA Product prior to the expiration of the '152, '750, '255, '253, '567, '658, '860, '087, '432, '730, '569, and '365 Patents, will infringe, will actively induce infringement, and/or will contribute to the infringement of one or more claims of those Patents;

c)      An Order pursuant to 35 U.S.C. § 271(e)(4)(A) providing that the effective date of any FDA approval of ANDA No. 217578 shall be a date that is not earlier than the expiration of the '152, '750, '255, '253, '567, '658, '860, '087, '432, '730, '569, and '365 Patents plus any other exclusivity to which Plaintiffs are or become entitled;

d)      An Order permanently enjoining Defendants, Defendants' affiliates and subsidiaries, each of their officers, agents, servants and employees, and any person acting in concert with Defendants, from making, using, offering to sell, selling, or importing into the United States the Proposed ANDA Product until after the expiration of the '152, '750, '255, '253, '567, '658, '860, '087, '432, '730, '569, and '365 Patents plus any other exclusivity to which Plaintiffs are or become entitled;

e)      A declaration that this case is exceptional within the meaning of 35 U.S.C. § 285 and an award of reasonable attorneys' fees, expenses, and disbursements of this action;

f)      An award of Plaintiffs' reasonable costs and expenses in this action; and

g)      Such further and other relief as this Court deems proper and just.

ME1 42018715v.1

DATED: August 22, 2022                         MCCARTER & ENGLISH, LLP

                                               /s/ *Daniel M. Silver*

OF COUNSEL:                                    Daniel M. Silver (#4758)
                                               Alexandra M. Joyce (#6423)
Lisa B. Pensabene                              Renaissance Centre
Hassen Sayeed                                  405 N. King Street, 8th Floor
Daniel O'Boyle                                 Wilmington, Delaware 19801
James Li                                       (302) 984-6300
O'MELVENY & MYERS LLP                          dsilver@mccarter.com
7 Times Square                                 ajoyce@mccarter.com
New York, New York 10036
(212) 326-2000                                 *Attorneys for Plaintiffs ZS Pharma, Inc. and*
                                               *AstraZeneca Pharmaceuticals LP*